IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| BETTY JAMES and WILLIE JAMES, | Civil Action No. 3:11-CV-00498-MOC-DSC |
| Plaintiffs, | |
| vs. | **ORDER GRANTING MOTION FOR EXTENSION OF TIME AND STAY OF PROCEEDINGS** |
| VANDERBILT MORTGAGE AND FINANCE, INC., and DEIDRE D. DEFLORENTIS, Substitute Trustee, | |
| Defendants. | |

This matter is before the Court on Defendant Vanderbilt Mortgage and Finance, Inc.'s "Consent Motion for Extension of Time and Stay of Proceedings"(document #5) filed on October 14, 2011. The Court has reviewed the record in this matter and finds there is good cause to allow the Motion.

IT IS THEREFORE ORDERED that Defendant's Motion for Extension of Time shall be and hereby is allowed, and Defendant Vanderbilt Mortgage and Finance, Inc. shall have until and including November 17, 2011, to submit any amended pleadings pursuant to Rule 15, and that all other case matters are hereby stayed for 30 days until and including November 17, 2011.

**SO ORDERED**.

Signed: October 14, 2011

David S. Cayer
United States Magistrate Judge