# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Betty James and Willie James,

    Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                        3:11cv498

Vanderbilt Mortgage and Finance, Inc., et al.,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 2/10/12 Order.

Signed: February 10, 2012

*[signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court